UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER LENK,<br><br>            Plaintiff,<br><br>      v.<br><br>CONNECTICUT GENERAL LIFE<br>INSURANCE COMPANY, et al.,<br><br>            Defendant. | No. CV-07-5003-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court upon its own motions; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendants may submit a request for payment of the reasonable costs and attorney's fees associated with their motion for partial summary judgment.  If the plaintiffs choose to submit a request, they must do so within 21 days of entry of this order.

2. The defendants' motion for partial summary judgment (**Ct. Rec. 19**) is denied as moot.

3. The plaintiffs' motion to dismiss (**Ct. Rec. 29**) is granted; provided, the Court will retain jurisdiction to enter an order awarding reasonable costs and attorneys' fees.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  10th      day of June, 2008.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                     Senior United States District Judge

ORDER - 1